IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCUS BROOKING,<br>    Plaintiff, | : <br>: CIVIL ACTION NO. 1:15-cv-02134 <br>: |
| v. | : <br>: (Caputo, J) |
| D.O.C. and EMPLOYEES at SCI<br>CAMP HILL, et al,<br>    Defendants. | : (Saporito, M.J.) <br>: <br>: |

## ORDER

AND NOW, this 4th day of April, 2016, in accordance with the Memorandum issued this date, IT IS HEREBY ORDERED THAT plaintiff's motion to appoint counsel (Doc. 9), is DENIED WITHOUT PREJUDICE.

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

**FILED**
**WILKES BARRE**

APR 0 4 2016

Per _____