# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCUS DION BROOKING, | |
| Plaintiff, | NO. 3:15-CV-02134 |
| v. | (JUDGE CAPUTO) |
| D.O.C., *et al.*, | (MAGISTRATE JUDGE SAPORITO) |
| Defendants. | |

## ORDER

**NOW**, this 29th day of January, 2019, upon review of the Report and Recommendation of Magistrate Judge Saporito (Doc. 13), **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 13) is **ADOPTED in part** and **REJECTED in part**.

(2) All claims except Plaintiff Marcus Brooking's Eighth Amendment deliberate indifference claim are **DISMISSED with prejudice**.

(3) This matter is **RECOMMITTED** to Magistrate Judge Saporito for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge