# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCUS DION BROOKING, | |
| Plaintiff, | NO. 3:15-CV-02134 |
| v. | (JUDGE CAPUTO) |
| D.O.C., *et al.*, | (MAGISTRATE JUDGE SAPORITO) |
| Defendants. | |

## ORDER

**NOW**, this 12th day of June, 2019, upon review of the Report and Recommendation (Doc. 24) of Magistrate Judge Joseph F. Saporito, Jr. for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 24) is **ADOPTED**.

(2) The remaining claim against the Pennsylvania Department of Corrections is **DISMISSED with prejudice**.

(3) This matter is **RECOMMITTED** to Magistrate Judge Saporito for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge