# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCUS DION BROOKING,<br><br>    Plaintiff,<br><br>v.<br><br>SERGENT CLEAVER,<br><br>    Defendant. | No. 3:15-CV-02134<br><br>(Judge Brann) |

## **ORDER**

**AND NOW**, this 9th day of June 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Joseph F. Saporito, Jr. (Doc. 37) is **REJECTED**.

2. Plaintiff Marcus Brooking's opposition to Defendant's motion for summary judgment (Doc. 38, Exhibits C and D) are deemed to have been timely filed.

3. This case is remanded back to Magistrate Judge Saporito for further proceedings.

                          BY THE COURT:

                          *s/ Matthew W. Brann*
                          Matthew W. Brann
                          United States District Judge